**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**IN ADMIRALTY**

CASE NO.: 1:26-cv-22553-CMA

DEBRA DAVISON,

     *Plaintiff*,

v.

NCL (BAHAMAS), LTD., a Bermuda Corporation
d/b/a NORWEGIAN CRUISE LINES (NCL),

     *Defendant*.

_____/

**<u>CERTIFICATE OF INTERESTED PERSONS</u>**
**<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

I hereby disclose the following:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Debra Davison
c/o Frank D. Butler, Esquire
Frank D. Butler, P.A.
10550 U.S. Hwy. 19, N.
Pinellas Park, FL 33782
*Plaintiff*

Frank D. Butler, Esquire
Frank D. Butler, P.A.
*Counsel for the Plaintiff*

Ivan D. Smerznak, Esquire
Frank D. Butler, P.A.
*Counsel for Plaintiff*

NCL (Bahamas) LTD. d/b/a Norwegian Cruise Lines

Corporate Representative
7300 Corporate Center Drive
Miami, FL 33126
*Defendant*

2.  The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

It is believed that Defendant, NCL (Bahamas), LTD. d/b/a NORWEGIAN CRUISE LINES, is a publicly traded company whose common stock is listed on the New York Stock Exchange and publicly traded.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

This is not a bankruptcy matter.

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

This is not a criminal action.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 21, 2026

/s/ *Frank D. Butler, Esq.*
Frank D. Butler, Esq.
FBN: 940585
fdblawfirm@aol.com
Ivan D. Smerznak, Esq.
FBN: 1039159
ivan@fightingforfamilies.com
**Frank D. Butler, P.A.**
10550 US Highway 19 North
Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Service: courtdocserve@fdblawfirm.com
Secondary: kallen@fightingforfamilies.com

*Attorneys for Plaintiff*